# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 20-60706
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

January 31, 2023

Lyle W. Cayce
Clerk

Andres Serrato Hernandez,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

———————————————————

Petition for Review of an Order of
the Board of Immigration Appeals
Agency No. A074 298 369

———————————————————

Before Smith, Southwick, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Andres Serrato Hernandez, a native and citizen of Mexico, petitions for review of a decision of the Board of Immigration Appeals dismissing his appeal of the immigration judge's order denying cancellation of removal. The government moves to dismiss the petition for review for want of jurisdiction.

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 20-60706

"This Court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). To the extent that he directly urges the hardship factors to us, we lack jurisdiction. *See Castillo-Gutierrez v. Garland*, 43 F.4th 477, 481 (5th Cir. 2022).

The motion to dismiss is GRANTED, and the petition for review is DISMISSED.